## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR472** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ANTHONY J. SCAMPERINO,** | ) | |
| **Defendant.** | ) | |

The Court has been advised that the defendant requests permission to enter a plea of guilty.

**IT IS ORDERED** that:

1. This case, insofar as it concerns this defendant, is removed from the trial docket.

2. A hearing on the defendant's anticipated plea of guilty is scheduled before District Judge Laurie Smith Camp on the **2nd day of May, 2005,** at the hour of **2:30 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

3. At least one (1) working day in advance of the plea proceeding, counsel for shall file electronically the following: a) the Petition to Enter a Guilty Plea; and b) any written plea agreement. Additionally, at least one (1) working day in advance of the plea proceeding, counsel shall either file or provide by e-mail to smithcamp@ned.uscourts.gov a copy of any charging document not yet on file that is the subject of the plea documents.

4. On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A) & (h)(8)(B). Any objection to this speedy trial exclusion must be filed within five (5) working days of the filing date of this Order.

DATED this 29th day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge